IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiffs, | **4:19CR3140** |
| vs. | |
| TRACY A. VERMELINE, and MICHAEL DAVID CASTORENA, | **ORDER** |
| Defendants. | |

Defendant Vermeline has moved to continue the pretrial motion deadline, (Filing Nos. 23 and 24), because Defendant needs additional time to investigate this case and decide whether to file pretrial motions. The motion to continue is unopposed. Based on the showing set forth in the motion, the court finds the motion should be granted. Accordingly,

IT IS ORDERED:

1) Defendant Vermeline's motions to continue, (Filing Nos. 23 and 24), are granted.

2) **As to all defendants**, pretrial motions and briefs shall be filed on or before January 30, 2020.

3) **As to all defendants**, trial of this case remains scheduled to commence on February 18, 2020.

4) The ends of justice served by granting the motion to continue outweigh the interests of the public and the defendant in a speedy trial, and **as to all defendants**, the additional time arising as a result of the granting of the motion, the time between January 16, 2020 and January 30, 2020, shall be deemed excludable time in any computation of time under the requirements of the Speedy Trial Act, because although counsel have been duly diligent, additional time is needed to adequately prepare this case for trial and failing to grant additional time might result in a miscarriage of justice. 18 U.S.C. §

3161(h)(1), (h)(6) & (h)(7). Failing to timely object to this order as provided under this court's local rules will be deemed a waiver of any right to later claim the time should not have been excluded under the Speedy Trial Act.

January 22, 2020.

BY THE COURT:

<u>s/ Cheryl R. Zwart</u>
United States Magistrate Judge